AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JAMES AUSTIN,

    Petitioner,

                v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV314-025
                         CR312-003

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on September 15, 2014, the Report and Recommendation of the Magistrate Judge is ADOPTED *as the opinion of this Court.* Therefore, the Respondent's motion to dismiss is GRANTED, this case is DISMISSED and stands CLOSED.

| September 16, 2014 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03